U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 13 2017

TONY R. MOORE, CLERK
BY: _____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| EDWARD J. DELGADO-ROSERO, Petitioner | CIVIL ACTION NO. 1:16-CV-01250 |
| VERSUS | CHIEF JUDGE DRELL |
| WARDEN, LASALLE DETENTION CENTER, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Delgado-Rosero's petition is DENIED AND DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana, this 13 day of June, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT